**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____    Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **CARNICERIA LOS AMIGOS, INC.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **01-0972283** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **677 EAST MOANA LANE**<br>**RENO, NV 89502**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **WASHOE**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **CARNICERIA LOS AMIGOS, INC.**                                    Case number (*if known*) _____
              Name

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| | | | |
|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

6/20/25 11:58AM

Debtor    **CARNICERIA LOS AMIGOS, INC.**                                    Case number (*if known*) _____
          Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor _____ | Relationship _____ |
| District _____ When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☑ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

6/20/25 11:58AM

Debtor      **CARNICERIA LOS AMIGOS, INC.**                                                      Case number (*if known*)
Name

- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Official Form 201                 **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                 page 4

| Debtor | **CARNICERIA LOS AMIGOS, INC.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 20, 2025**
MM / DD / YYYY

X **/s/ FIDEL F SALAS**                    **FIDEL F SALAS**
Signature of authorized representative of debtor        Printed name

Title    **PRESIDENT**

**18. Signature of attorney**

X **/s/ KEVIN A DARBY**                    Date **June 20, 2025**
Signature of attorney for debtor            MM / DD / YYYY

**KEVIN A DARBY 7670**
Printed name

**DARBY LAW PRACTICE**
Firm name

**499 W. PLUMB LANE, SUITE 202
Reno, NV 89509**
Number, Street, City, State & ZIP Code

Contact phone   **775.322.1237**    Email address   **kevin@darbylawpractice.com**

**7670 NV**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **CARNICERIA LOS AMIGOS, INC.**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration*  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 20, 2025**           X */s/ FIDEL F SALAS*
                                          Signature of individual signing on behalf of debtor

                                          **FIDEL F SALAS**
                                          Printed name

                                          **PRESIDENT**
                                          Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **CARNICERIA LOS AMIGOS, INC.** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEVADA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CALVADA FOOD SALES<br>PO BOX 13159<br>SACRAMENTO, CA 95813 | | TRADE DEBT | | | | $9,554.29 |
| CARGILL FOOD DISTRIBUTION<br>825 E. DOUGLAS AVE<br>WICHITA, KS 67202 | | TRADE DEBT | | | | $46,649.40 |
| CLEARFUND SOLUTIONS LLC<br>99 WALL STREET<br>NEW YORK, NY 10005 | | ALL ASSETS OF DEBTOR | Disputed | $58,850.00 | $35,572.35 | $58,850.00 |
| COOL BREEZE HEATING & AIR<br>820 KUENZLI STREET<br>RENO, NV 89502 | | SERVICES | | | | $571.25 |
| COSTO CITICARD<br>PO BOX 790046<br>SAINT LOUIS, MO 63179-0046 | | BUSINESS CREDIT CARD | | | | $5,000.00 |
| DMKA LLC DBA THE SMARTER MERCHANT<br>460 PARK AVE<br>NEW YORK, NY 10016 | | ACCOUNTS RECEIVABLE | Disputed | $70,000.00 | $0.00 | $70,000.00 |
| ELAVON SETTLEMENT/RECOVERY<br>SDS 12-2291<br>PO BOX 86<br>MINNEAPOLIS, MN 55486-0086 | | TRADE DEBT | | | | $214.50 |

Debtor   **CARNICERIA LOS AMIGOS, INC.**                                      Case number *(if known)*
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **FORD MOTOR CREDIT PO BOX 31111 TAMPA, FL 33631** | | **2022 FORD F150 CREW XLT VIN 1FTFW1E85NKD2 3890** | | **$25,000.00** | **$15,000.00** | **$10,000.00** |
| **GCM FUNDING LLC 7901 4TH STREET SUITE 300 SAINT PETERSBERG, FL 33702** | | **ALL ASSETS OF DEBTOR, EXCEPT FORD TRUCK** | **Disputed** | **$105,461.85** | **$35,572.35** | **$69,889.50** |
| **INTERNAL REVENUE SERVICE P.O. Box 21126 DPN 781 Philadelphia, PA 19114** | | **941 PAYROLL TAXES** | | | | **$0.00** |
| **MASTER SERVICE PLUMBING 325 SUNSHINE LANE RENO, NV 89502** | | **PLUMBING SERVICES** | | | | **$831.83** |
| **MORREY DISTRIBUTING CO. 1850 E LINCOLN WAY SPARKS, NV 89434** | | **TRADE DEBT** | | | | **$1,679.24** |
| **PEPPERMILL RESORT 2707 S VIRGINIA ST RENO, NV 89502** | | **INSUFFICIENT FUNDS CHARGE BACK** | | | | **$674.50** |
| **STATE OF NEVADA DEPARTMENT OF TAXATION 3850 ARROWHEAD DRIVE 2ND FLOOR CARSON CITY, NV 89706** | | **MODIFIED BUSINESS TAX** | | | | **$471.15** |
| **THE LAW OFFICE OF CARIDI, P.C. 9809 4TH AVE BROOKLYN, NY 11209** | | **LEGAL FEES** | | | | **$0.00** |
| **TRAVELIER MHP 777 GENTRY WAY RENO, NV 89502** | | **STORAGE RENT** | | | | **$3,265.00** |
| **UNITED FIRST LLC 299 NE 191ST STREET UNIT 901 MIAMI, FL 33180** | | **ALL ASSETS, EXCEPT FORD TRUCK** | **Disputed** | **$16,000.00** | **$35,572.35** | **$16,000.00** |

Debtor    **CARNICERIA LOS AMIGOS, INC.**
    Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **US BANK PO BOX 1800 Saint Paul, MN 55101** | | **INSUFFICIENT FUNDS CHARGE BACK** | | | | **$1,500.00** |
| **VIAMERICAS MONEY TRANSFER 2100 PONCE DE LEON BLVD PH-2 MIAMI, FL 33134** | | **INSUFFICIENT FUNDS CHARGE BACK** | | | | **$805.28** |
| **ZARATE 4801 ENTERPRISE WAY MODESTO, CA 95356** | | **TRADE DEBT** | | | | **$9,838.59** |

6/20/25 11:58AM

**Fill in this information to identify the case:**

Debtor name    **CARNICERIA LOS AMIGOS, INC.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)  _____

☐ Check if this is an
  amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                     12/15

Part 1:    **Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................................    $ _____0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*......................................................................................    $ _____50,572.35

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................................    $ _____50,572.35

Part 2:    **Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $ _____275,311.85

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $ _____471.15

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................    +$ _____80,583.88

4.    Total liabilities .................................................................................................................
    Lines 2 + 3a + 3b

$ _____356,366.88

6/20/25 11:58AM

| Fill in this information to identify the case: |
|---|

Debtor name **CARNICERIA LOS AMIGOS, INC.**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.  **Cash on hand** | **$453.00** |
| 2.  **Cash on hand** | **$1,773.85** |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **US BANK** | **CHECKING** | **5740** | **$95.95** |
| 3.2.  **US BANK** | **CHECKING** | **5724** | **$249.55** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | **$2,572.35** |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

Debtor    **CARNICERIA LOS AMIGOS, INC.**                                    Case number *(If known)* _____
Name

7.1.    **DEPOSIT WITH LANDLORD** _____    **$9,000.00**

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                        | **$9,000.00** |
Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☒ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies** **FOOD AND BEVERAGE INVENTORY** | | **$0.00** | **Liquidation** | **$7,000.00** |

23.    **Total of Part 5.**                                                        | **$7,000.00** |
Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
☐ No
☒ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____    Valuation method _____    Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor    **CARNICERIA LOS AMIGOS, INC.**                              Case number *(If known)* _____
                Name

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** OFFICE DESK, CHAIR, BOOKSHELVES | **$0.00** | | **$250.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** SAFE, CASH REGISTER, PAPER SHEREDER, LAMINATOR, COMPUTER, PRINTER AND CLOCK | **$0.00** | | **$1,250.00** |
| | ALARM SYSTEM | **$0.00** | | **$500.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| **$2,000.00** |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

| Debtor | **CARNICERIA LOS AMIGOS, INC.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 47.1. | **2022 FORD F150 CREW XLT**<br>**VIN 1FTFW1E85NKD23890** | $0.00 | Comparable sale | $15,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**REFRIDGERATORS, COOLER, MEAT SAW, HOT FOOD DISPLAY, CHELVES, MEAT CASE, ICE MAKER, PREP TABLES, DINING TABLES & CHAIRS, GAS BURNERS, EXHAUST FANS, STOVE, OVEN, FREEZER AND MEAT GRINDER**

| | | |
|---|---|---|
| $0.00 | Liquidation | $15,000.00 |

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| |
|---|
| $30,000.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **CARNICERIA LOS AMIGOS, INC.**                                      Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,572.35 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $9,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $7,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $30,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $50,572.35 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $50,572.35 |

**Fill in this information to identify the case:**

Debtor name    **CARNICERIA LOS AMIGOS, INC.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

**2.1**    **CLEARFUND SOLUTIONS LLC**
Creditor's Name

Describe debtor's property that is subject to a lien
**ALL ASSETS OF DEBTOR**

Amount of claim: **$58,850.00**    Value of collateral: **$35,572.35**

**99 WALL STREET**
**NEW YORK, NY 10005**
Creditor's mailing address

Describe the lien
**Non-Purchase Money Security - THIRD PRIORITY**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.2**    **DMKA LLC DBA THE SMARTER MERCHANT**
Creditor's Name

Describe debtor's property that is subject to a lien
**ACCOUNTS RECEIVABLE**

Amount of claim: **$70,000.00**    Value of collateral: **$0.00**

**460 PARK AVE**
**NEW YORK, NY 10016**
Creditor's mailing address

Describe the lien
**Non-Purchase Money Security - SECOND PRIORITY**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

6/20/25 11:58AM

Debtor  **CARNICERIA LOS AMIGOS, INC.**                          Case number (if known) _____
        Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.3 | **FORD MOTOR CREDIT** | Describe debtor's property that is subject to a lien | $25,000.00 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 31111**
**TAMPA, FL 33631**

Creditor's mailing address

**2022 FORD F150 CREW XLT**
**VIN 1FTFW1E85NKD23890**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**0316**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **GCM FUNDING LLC** | Describe debtor's property that is subject to a lien | $105,461.85 | $35,572.35 |
|---|---|---|---|---|

Creditor's Name

**7901 4TH STREET**
**SUITE 300**
**SAINT PETERSBERG, FL 33702**

Creditor's mailing address

**ALL ASSETS OF DEBTOR, EXCEPT FORD TRUCK**

Describe the lien
**Non-Purchase Money Security - FIRST PRIORITY**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.5 | **UNITED FIRST LLC** | Describe debtor's property that is subject to a lien | $16,000.00 | $35,572.35 |
|---|---|---|---|---|

Creditor's Name

**299 NE 191ST STREET**
**UNIT 901**
**MIAMI, FL 33180**

**ALL ASSETS, EXCEPT FORD TRUCK**

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 2 of 3

Debtor    **CARNICERIA LOS AMIGOS, INC.**                    Case number (if known) _____
_____
Name

| Creditor's mailing address | **Describe the lien** |
|---|---|
| _____ | **Non-Purchase Money Security - FOURTH PRIORITY** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $275,311.85

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **AINSWORTH GORKIN PLLC**<br>**ATTN YESHAYA GORKIN, ESQ.**<br>**PO BOX 605**<br>**NEW YORK, NY 10038** | Line  2.2 | |
| **MEGAN K. MCHENRY, ESQ.**<br>**LAW OFFICES OF HAYES & WELCH**<br>**199 NORTH ARROYO GRANDE BLVD**<br>**SUITE 200**<br>**HENDERSON, NV 89074** | Line  2.4 | |
| **MONTERIA LLC**<br>**40 WALL STREET, SUITE 2504**<br>**NEW YORK, NY 10005** | Line  2.5 | |
| **THE KLEIN LAW FIRM LLC**<br>**1820 SWARTHMORE AVE #714**<br>**LAKEWOOD, NJ 08701** | Line  2.5 | |
| **UNITED FIRST LLC**<br>**27-01 QUEENS PLAZA, NORTH SUTITE 802**<br>**LONG ISLAND CITY, NY 11101** | Line  2.5 | |
| **VLOCK & ASSOCIATES, P.C.**<br>**ATTN: STEPHEN VLOCK, ESQ.**<br>**630 THIRD AVE 18TH FLOOR**<br>**New York, NY 10017** | Line  2.4 | |

6/20/25 11:58AM

**Fill in this information to identify the case:**

Debtor name    **CARNICERIA LOS AMIGOS, INC.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:      List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | | Total claim | Priority amount |
|---|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

2.1  Priority creditor's name and mailing address
**INTERNAL REVENUE SERVICE**
**P.O. Box 21126**
**DPN 781**
**Philadelphia, PA 19114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**941 PAYROLL TAXES**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

Total claim **Unknown**    Priority amount **$0.00**

---

2.2  Priority creditor's name and mailing address
**STATE OF NEVADA DEPARTMENT
OF TAXATION
3850 ARROWHEAD DRIVE
2ND FLOOR
CARSON CITY, NV 89706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**MODIFIED BUSINESS TAX**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

Total claim **$471.15**    Priority amount **$471.15**

---

**Part 2:      List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

Debtor  **CARNICERIA LOS AMIGOS, INC.**
_____  Case number *(if known)* _____
Name

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,554.29 |
|---|---|---|---|

**CALVADA FOOD SALES**
**PO BOX 13159**
**SACRAMENTO, CA 95813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **3602**

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46,649.40 |
|---|---|---|---|

**CARGILL FOOD DISTRIBUTION**
**825 E. DOUGLAS AVE**
**WICHITA, KS 67202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $571.25 |
|---|---|---|---|

**COOL BREEZE HEATING & AIR**
**820 KUENZLI STREET**
**RENO, NV 89502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **SERVICES**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**COSTO CITICARD**
**PO BOX 790046**
**SAINT LOUIS, MO 63179-0046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **BUSINESS CREDIT CARD**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $214.50 |
|---|---|---|---|

**ELAVON SETTLEMENT/RECOVERY**
**SDS 12-2291**
**PO BOX 86**
**MINNEAPOLIS, MN 55486-0086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8041213565**

Last 4 digits of account number __

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $831.83 |
|---|---|---|---|

**MASTER SERVICE PLUMBING**
**325 SUNSHINE LANE**
**RENO, NV 89502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **PLUMBING SERVICES**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,679.24 |
|---|---|---|---|

**MORREY DISTRIBUTING CO.**
**1850 E LINCOLN WAY**
**SPARKS, NV 89434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **9897**

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **CARNICERIA LOS AMIGOS, INC.**                                    Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**PEPPERMILL RESORT**<br>**2707 S VIRGINIA ST**<br>**RENO, NV 89502**<br><br>**Date(s) debt was incurred** __10/30/24__<br><br>**Last 4 digits of account number** __1420__ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __INSUFFICIENT FUNDS CHARGE BACK__<br><br>Is the claim subject to offset? ☑ No ☐ Yes |

**$674.50**

| | | |
|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**THE LAW OFFICE OF CARIDI, P.C.**<br>**9809 4TH AVE**<br>**BROOKLYN, NY 11209**<br><br>**Date(s) debt was incurred** __<br><br>**Last 4 digits of account number** __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __LEGAL FEES__<br><br>Is the claim subject to offset? ☑ No ☐ Yes |

**Unknown**

| | | |
|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**TRAVELIER MHP**<br>**777 GENTRY WAY**<br>**RENO, NV 89502**<br><br>**Date(s) debt was incurred** __<br><br>**Last 4 digits of account number** __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __STORAGE RENT__<br><br>Is the claim subject to offset? ☑ No ☐ Yes |

**$3,265.00**

| | | |
|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**US BANK**<br>**PO BOX 1800**<br>**Saint Paul, MN 55101**<br><br>**Date(s) debt was incurred** __<br><br>**Last 4 digits of account number** __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __INSUFFICIENT FUNDS CHARGE BACK__<br><br>Is the claim subject to offset? ☑ No ☐ Yes |

**$1,500.00**

| | | |
|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**VIAMERICAS MONEY TRANSFER**<br>**2100 PONCE DE LEON BLVD PH-2**<br>**MIAMI, FL 33134**<br><br>**Date(s) debt was incurred** __<br><br>**Last 4 digits of account number** __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __INSUFFICIENT FUNDS CHARGE BACK__<br><br>Is the claim subject to offset? ☑ No ☐ Yes |

**$805.28**

| | | |
|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**ZARATE**<br>**4801 ENTERPRISE WAY**<br>**MODESTO, CA 95356**<br><br>**Date(s) debt was incurred** __<br><br>**Last 4 digits of account number** __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __TRADE DEBT__<br><br>Is the claim subject to offset? ☑ No ☐ Yes |

**$9,838.59**

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

6/20/25 11:58AM

Debtor   **CARNICERIA LOS AMIGOS, INC.**

Name

Case number (*if known*) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **ALTUS COLLECTIONS**<br>**ATTN: EDELVIS VELEZ-LOPEZ**<br>**2121 AIRLINE DRIVE**<br>**SUITE 520**<br>**METAIRIE, LA 70001** | Line **3.2**<br><br>☐ Not listed. Explain ____ | **8447** |
| 4.2 **CARGILL INCORPORATED**<br>**PO BOX 749481**<br>**LOS ANGELES, CA 90074-9481** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 **CIRAC LAW**<br>**520 MOUNT ROSE STREET**<br>**RENO, NV 89509** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 **NATIONAL BUSINESS FACTORS, INC.**<br>**969 MICA DRIVE**<br>**CARSON CITY, NV 89705** | Line **3.8**<br><br>☐ Not listed. Explain ____ | **9339** |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.   $ | 471.15 |
| **5b. Total claims from Part 2** | 5b.  + $ | 80,583.88 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.   $ | 81,055.03 |

**Fill in this information to identify the case:**

Debtor name  **CARNICERIA LOS AMIGOS, INC.**

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest     **LEASE OF COMMERCIAL SPACE AT 677 EAST MOANA LANE, RENO, NEVADA** | |
|  State the term remaining | **NEVADA COMMERCIAL SERVICES INC** |
|  List the contract number of any government contract | **1475 TERMINAL WAY, SUTIE A RENO, NV 89502** |

| Fill in this information to identify the case: |
|---|

Debtor name   **CARNICERIA LOS AMIGOS, INC.**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **FIDEL SALAS FARIAS** | **677 EAST MOANA LANE #673 RENO, NV 89502** | **GCM FUNDING LLC** | ■ D   **2.4** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **FIDEL SALAS FARIAS** | **677 EAST MOANA LANE #673 RENO, NV 89502** | **DMKA LLC DBA THE SMARTER MERCHANT** | ■ D   **2.2** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **FIDEL SALAS FARIAS** | **677 EAST MOANA LANE #673 RENO, NV 89502** | **COSTO CITICARD** | ☐ D _____ <br> ■ E/F   **3.4** <br> ☐ G _____ |
| 2.4 | **FIDEL SALAS FARIAS** | **677 EAST MOANA LANE #673 RENO, NV 89502** | **CLEARFUND SOLUTIONS LLC** | ■ D   **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **FIDEL SALAS FARIAS** | **677 EAST MOANA LANE #673 RENO, NV 89502** | **FORD MOTOR CREDIT** | ■ D   **2.3** <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor    **CARNICERIA LOS AMIGOS, INC.** _____    Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** |
|---|---|---|

| 2.6 | **FIDEL SALAS FARIAS** | **677 EAST MOANA LANE #673 RENO, NV 89502** | **UNITED FIRST LLC** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Nevada

In re **CARNICERIA LOS AMIGOS, INC.**      Case No.

Debtor(s)      Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept      $      **10,000.00**

   Prior to the filing of this statement I have received      $      **0.00**

   Balance Due      $      **10,000.00**

2. $ **1,738.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 20, 2025**

*Date*

**/s/ KEVIN A DARBY**
**KEVIN A DARBY 7670**
*Signature of Attorney*
**DARBY LAW PRACTICE**
**499 W. PLUMB LANE, SUITE 202**
**Reno, NV 89509**
**775.322.1237  Fax: 775.996.7290**
**kevin@darbylawpractice.com**
*Name of law firm*

# United States Bankruptcy Court
## District of Nevada

In re    **CARNICERIA LOS AMIGOS, INC.**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **FIDEL SALAS FARIAS**<br>**677 EAST MOANA LANE #673**<br>**RENO, NV 89502** | **COMMON** | **100%** | **STOCK** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **PRESIDENT** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **June 20, 2025**

Signature    **/s/ FIDEL F SALAS**

**FIDEL F SALAS**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Nevada

In re  **CARNICERIA LOS AMIGOS, INC.**

Debtor(s)

Case No.

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **June 20, 2025**

**/s/ FIDEL F SALAS**

**FIDEL F SALAS**/**PRESIDENT**
Signer/Title

CARNICERIA LOS AMIGOS, INC.
677 EAST MOANA LANE
RENO, NV 89502

KEVIN A DARBY
DARBY LAW PRACTICE
499 W. PLUMB LANE, SUITE 202
Reno, NV 89509

AINSWORTH GORKIN PLLC
ATTN YESHAYA GORKIN, ESQ.
PO BOX 605
NEW YORK, NY 10038

ALTUS COLLECTIONS
Acct No 05108447
ATTN: EDELVIS VELEZ-LOPEZ
2121 AIRLINE DRIVE
SUITE 520
METAIRIE, LA 70001

CALVADA FOOD SALES
Acct No 23602
PO BOX 13159
SACRAMENTO, CA 95813

CARGILL FOOD DISTRIBUTION
825 E. DOUGLAS AVE
WICHITA, KS 67202

CARGILL INCORPORATED
PO BOX 749481
LOS ANGELES, CA 90074-9481

CIRAC LAW
520 MOUNT ROSE STREET
RENO, NV 89509

CLEARFUND SOLUTIONS LLC
99 WALL STREET
NEW YORK, NY 10005

COOL BREEZE HEATING & AIR
820 KUENZLI STREET
RENO, NV 89502

COSTO CITICARD
PO BOX 790046
SAINT LOUIS, MO 63179-0046

DMKA LLC DBA THE SMARTER MERCHANT
460 PARK AVE
NEW YORK, NY 10016

ELAVON SETTLEMENT/RECOVERY
SDS 12-2291
PO BOX 86
MINNEAPOLIS, MN 55486-0086

FIDEL SALAS FARIAS
677 EAST MOANA LANE #673
RENO, NV 89502

FORD MOTOR CREDIT
Acct No xxx0316
PO BOX 31111
TAMPA, FL 33631

GCM FUNDING LLC
7901 4TH STREET
SUITE 300
SAINT PETERSBERG, FL 33702

INTERNAL REVENUE SERVICE
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

MASTER SERVICE PLUMBING
325 SUNSHINE LANE
RENO, NV 89502

MEGAN K. MCHENRY, ESQ.
LAW OFFICES OF HAYES & WELCH
199 NORTH ARROYO GRANDE BLVD
SUITE 200
HENDERSON, NV 89074

MONTERIA LLC
40 WALL STREET, SUITE 2504
NEW YORK, NY 10005

MORREY DISTRIBUTING CO.
Acct No 29897
1850 E LINCOLN WAY
SPARKS, NV 89434

NATIONAL BUSINESS FACTORS, INC.
Acct No 3069338 & 3069339
969 MICA DRIVE
CARSON CITY, NV 89705

NEVADA COMMERCIAL SERVICES INC
1475 TERMINAL WAY, SUTIE A
RENO, NV 89502

```
PEPPERMILL RESORT
Acct No 7020-1290-0000-0985-1420
2707 S VIRGINIA ST
RENO, NV 89502

STATE OF NEVADA DEPARTMENT OF TAXATION
3850 ARROWHEAD DRIVE
2ND FLOOR
CARSON CITY, NV 89706

THE KLEIN LAW FIRM LLC
1820 SWARTHMORE AVE #714
LAKEWOOD, NJ 08701

THE LAW OFFICE OF CARIDI, P.C.
9809 4TH AVE
BROOKLYN, NY 11209

TRAVELIER MHP
777 GENTRY WAY
RENO, NV 89502

UNITED FIRST LLC
299 NE 191ST STREET
UNIT 901
MIAMI, FL 33180

UNITED FIRST LLC
27-01 QUEENS PLAZA, NORTH SUTITE 802
LONG ISLAND CITY, NY 11101

US BANK
PO BOX 1800
Saint Paul, MN 55101

VIAMERICAS MONEY TRANSFER
2100 PONCE DE LEON BLVD PH-2
MIAMI, FL 33134

VLOCK & ASSOCIATES, P.C.
ATTN: STEPHEN VLOCK, ESQ.
630 THIRD AVE 18TH FLOOR
New York, NY 10017

ZARATE
4801 ENTERPRISE WAY
MODESTO, CA 95356
```

# United States Bankruptcy Court
## District of Nevada

In re  **CARNICERIA LOS AMIGOS, INC.**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **CARNICERIA LOS AMIGOS, INC.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 20, 2025**

Date

**/s/ KEVIN A DARBY**

**KEVIN A DARBY 7670**

Signature of Attorney or Litigant

Counsel for  **CARNICERIA LOS AMIGOS, INC.**

**DARBY LAW PRACTICE**
**499 W. PLUMB LANE, SUITE 202**
**Reno, NV 89509**
**775.322.1237 Fax:775.996.7290**
**kevin@darbylawpractice.com**